CHASKIE J. ROSENBERG, Appellant, v METLIFE, INC., et al., Respondents.

Submitted October 16, 2006; decided October 19, 2006

Motion by Matthew Murray for leave to appear amicus curiae on consideration of the certified question herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief may be served and 24 copies filed within seven days.

SONA SHAH et al., Appellants, v WILCO SYSTEMS, INC., Respondent.

Submitted July 24, 2006; decided October 19, 2006

Motion by Sona Shah for leave to appeal dismissed upon the ground that as to her the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion by Kai Barrett, insofar as it seeks leave to appeal from that portion of the Appellate Division order that denied his motion for class certification, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

THEODORE E. SOMERVILLE, Appellant, v HAIYAN S. SOMERVILLE, Respondent.

Submitted July 24, 2006; decided October 19, 2006

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed Supreme Court's order adjudging appellant in contempt, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.